UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JOHN RAMDATH,

                Plaintiff,

   - against -

THE MUNICIPAL CITY OF HICKSVILLE
POLICE DEPARTMENT, and THE CITY OF
HICKSVILLE MUNICIPAL LODGE,

                Defendants.
-------------------------------------------------------x

**NOT FOR PUBLICATION**

**MEMORANDUM & ORDER**
2:19-cv-5048 (PKC) (LB)

PAMELA K. CHEN, United States District Judge:

On August 27, 2019, John Ramdath, proceeding *pro se*, filed this action. (Complaint, Dkt. 1.) Plaintiff, however, failed to pay the requisite filing fee or to submit an *in forma pauperis* ("IFP") application. By Order dated August 29, 2019, the case was transferred from the United States District Court for the Southern District of New York. (*See* Aug. 29, 2019 Transfer Order.) By letter dated September 13, 2019, the Clerk of this Court mailed Plaintiff the IFP application forms and instructed Plaintiff that to proceed, he must either pay the $400 filing fee or return the completed IFP application within fourteen (14) days of the letter. (*See* Sept. 13, 2019 letter.) Plaintiff has not responded to the Clerk of the Court's letter and the time for doing so has passed.

Accordingly, the Court dismisses the action without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962). The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

/s/ Pamela K. Chen
Pamela K. Chen
United States District Judge

Dated: October 21, 2019
      Brooklyn, New York